THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRIS APPLEWHITE, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [929 NYS2d 909]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.